```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :    CRIM. NO. 3:01CR98(SRU)
                              :    CIV. NO. 3:03CV531(SRU)
                              :
        v.                    :
                              :    APRIL 13, 2005
                              :
MICHAEL TATE                  :
```

**NOTICE**

By pro se pleading entitled Motion For Leave To Amend § 2255 Pleading Pursuant To Fed. R. Civ. Proc. Rule 15 ("Motion To Amend") dated January 1, 2005, Michael Tate (the "defendant") requested that the Court permit him to amend his 2255 petition to assert claims based upon United States v. Booker, 125 S. Ct. 738 (2005). The defendant claims that his sentence is illegal and requests his immediate release.

On April 8, 2005, the Second Circuit held that Booker does not apply retroactively to cases on collateral review where a defendant's conviction was final as of January 12, 2005, the date on which the Supreme Court issued Booker. See Guzman v. United States, (2d Cir. April 8, 2005)(copy attached). Such is the case here.

The Government thus respectfully requests that the Court

summarily dismiss the defendant's amended petition.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          JAMES J. FINNERTY
          ASSISTANT UNITED STATES ATTORNEY
          United States Attorney's Office
          United States Courthouse
          915 Lafayette Boulevard
          Bridgeport, CT 06604
          Tel: (203) 696-3000
          Federal Bar No. CT15203

## CERTIFICATION OF SERVICE

  This is to certify that a copy of the foregoing has been mailed via First Class Mail, postage prepaid, on April 14, 2005 to:

Michael Tate
Inmate No. 14176-014
FCI Fort Dix
P.O. Box 7000
Fort Dix, NJ 08640

          _____
          JAMES J. FINNERTY
          ASSISTANT UNITED STATES ATTORNEY