MEMORANDUM

TO:   U.S. Probation Office

FROM: Alice Montz

DATE: December 11, 2007

RE:   3:01cr98 (SRU)

      Presentence Report returned to U.S. Probation Office as to MICHAEL TATE

****************************************************************

We are returning the original Presentence Report to you.

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

Enclosure:     ORIGINAL PRESENTENCE REPORT

Received by:   _____

Date:          _____